No. 00–7423. KRAFT *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 00–7476. MOORE *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 00–7522. MINES *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 00–7688. GUIDRY *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–7706. NELOMS *v.* MCLEMORE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–7710. BEASLEY *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–7711. POTEETE *v.* CAPITAL ENGINEERING, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–7714. MEDRANO AYALA *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 00–7718. JONES *v.* CONROY ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–7729. BEAUBRUM *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–7733. JACKSON *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–7734. JOHNSON *v.* LARKINS ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–7739. WILLIAMS LEWIS *v.* ENTERGY ELECTRIC CO. C. A. D. C. Cir. Certiorari denied.

No. 00–7743. NEWGENT *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 00–7745. TORRES ARBOLEDA *v.* NEWLAND, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.